**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 173.66.193.243**

**ISP:** Verizon Fios
**Physical Location:** Chevy Chase, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/23/2018 03:14:59 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 10/01/2018 23:23:39 | 511D6FBD106FA538974F251AB9F1B1B8B6CBE052 | Hot Russian Fucking |
| 10/01/2018 23:23:27 | E52CD0535018BED62F50F3AF807E3751587F8E27 | Sexy Movies Cum Inside |
| 10/01/2018 23:04:01 | 6BA3863D38D640403559B71AB74E5D65AA66B296 | Surprise Sex For Three |
| 10/01/2018 22:56:26 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

MD731